## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| XIAOXING XI | : | NO. 15-204 |

## ORDER

AND NOW, this     22nd     day of May, 2015, it is hereby ORDERED that the

Clerk's Office requirements for the property at 418 Hidden River Rd, Penn Valley, PA be WAIVED.

BY THE COURT:

*Carol S Wells*

CAROL SANDRA MOORE WELLS
CHIEF UNITED STATES MAGISTRATE JUDGE