PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Xiaoxing Xi　　　　　　　　　　　　　　　　　　Docket No. 2:15CR00204-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Lourdes Roscoe, Pretrial Services Officer, presenting an official report upon the conduct of Xiaoxing Xi, who was placed under pretrial release supervision by the Honorable Carol Sandra Moore Wells sitting in the Court at Philadelphia, on May 21, 2015, under the following conditions:

1. Report to U.S. Pretrial Services as directed
2. Surrender and refrain from obtaining any passport
3. Travel is restricted to the Eastern District of Pennsylvania
4. Surrender and refrain from obtaining any firearms
5. No contact with co-defendants, potential witnesses or individuals engaged in criminal activity
6. Maintain present employment

Respectfully presenting petition for action of Court and for cause as follows:

The defendant advised he will need to travel to New York and Washington, D.C. because he is seeking to retain defense counsel in this matter. The defendant surrendered his passport on May 21, 2015, followed by a stop notice to the U.S. Department of State preventing him from being issued a new passport.

PRAYING THAT THE COURT WILL ORDER the defendant's travel condition is modified to allow him to travel outside the Eastern District of Pennsylvania with prior approval from Pretrial Services.

ORDER OF COURT

Considered and ordered this **27th** day of **May**, 20**15** and ordered filed and made a part of the records in the above case.

_Carol S. Wells_
Carol Sandra Moore Wells
Chief U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

_Lourdes Roscoe_
Lourdes Roscoe
U.S. Pretrial Services Officer

Place: Philadelphia

Date: May 27, 2015