AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

EASTERN District of PA

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 15-204 |
|  | ) |
|  | ) |
|  | ) |
| XIAOXING XI | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* XIAOXING XI,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:1343 - WIRE FRAUD; 18:2 - AIDING AND ABETTING - 4 COUNTS

Date: 05/14/2015

KIRK KOPACZ, DEPUTY CLERK
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

MICHAEL E. KUNZ, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 5-14-15, and the person was arrested on *(date)* 5-21-15
at *(city and state)* PA.

Date: 5-21-15

FBI
*Arresting officer's signature*

*Printed name and title*