IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:15-cr-00204-RBS

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, _____Peter R. Zeidenberg_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __138910__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| District of Columbia | 02/04/1994 | 440803 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| US District Court DC | 04/18/1991 | 40778 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Xiaoxing Xi

_____[signature]_____
(Applicant's Signature)

06/02/2015
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Arent Fox LLP; 1717 K Street, NW
Washington, DC 20006-5344
202-857-6139

Sworn and subscribed before me this

2nd Day of June, 2015

_____[signature]_____
Notary Public

[Notary seal: BRENDA S. ROBERTSON, NOTARY PUBLIC, DISTRICT OF COLUMBIA, EXP 01-14-2018]

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Peter R. Zeidenberg____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Michael A. Schwartz | _[signature]_ | 2/1/91 | PA 60234 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Pepper Hamilton LLP; 3000 Two Logan Square

Philadelphia, PA 19103-2799

215-981-4494

Sworn and subscribed before me this

3rd Day of June, 2015

_Sandra Hendrick_
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
         NOTARIAL SEAL
SANDRA HENDRICK, Notary Public
   City of Philadelphia, Phila. County
My Commission Expires November 14, 2015
```

APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Xiaoxing Xi | : | NO.   2:15-cr-00204-RBS |

## ORDER

AND NOW, this           Day of                          , 20    , it is hereby

ORDERED that the application of <u>Peter R. Zeidenberg</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____

J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States | : | CIVIL ACTION |
| v. | : | |
| Xiaoxing Xi | : | NO. 2:15-cr-00204-RBS |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _Peter R. Zeidenberg_ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

AUSA Jennifer A. Villiams
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

_[signature]_
Signature of Attorney

Michael A. Schwartz
Name of Attorney

Xiaoxing Xi
Name of Moving Party

6/3/15
Date