IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.   15-204 |
| v. | : | |
| | : | NOTICE |
| XIAOXING XI | : | |

## NOTICE OF INTENT TO USE FOREIGN
## INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States of America, by its attorneys Zane David Memeger, United

States Attorney for the Eastern District of Pennsylvania, and Jennifer Arbittier Williams,

Assistant United States Attorney for the District, hereby provides notice to defendant Xiaoxing Xi

and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the

United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the

above-captioned matter, information obtained or derived from electronic surveillance and physical

search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as

amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Respectfully Submitted,

ZANE DAVID MEMEGER
United States Attorney

Dated:   June 9, 2015

By:   Jennifer Arbittier Williams
Assistant United States Attorney