IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

v.   :   CRIMINAL NO. 15-204

XIAOXING XI   :

ORDER DESIGNATING
CLASSIFIED INFORMATION SECURITY OFFICERS

The United States has filed a motion to designate a Classified Information Security Officer, pursuant to the Classified Information Procedures Act, 18 U.S.C. App. 3 ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States.

Accordingly, this Court designates Daniel O. Hartenstine as the Classified Information Security Officer in this case, to perform the duties and responsibilities prescribed in the Security Procedures promulgated by the Chief Justice. This Court further designates the following persons as Alternate Classified Information Security Officers, to serve in the event Mr. Hartenstine is unavailable: Jennifer H. Campbell, Branden M. Forsgren, Joan B. Kennedy, Michael P. Macisso, Maura L. Peterson, Carli V. Rodriquez-Feo, Harry J. Rucker, and W. Scooter Slade.

SO ORDERED, this ___ day of _____, 2015.

BY THE COURT:

_____
HONORABLE R. BARCLAY SURRICK
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 15-204 |
| XIAOXING XI | : | |

### GOVERNMENT'S MOTION TO DESIGNATE A CLASSIFIED INFORMATION SECURITY OFFICER

The United States of America, by and through the undersigned counsel, respectfully requests that the Court designate a Classified Information Security Officer ("CISO"), pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3, and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. In support of this motion the government states the following:

### CASE BACKGROUND

On May 14, 2015, a grand jury sitting in the Eastern District of Pennsylvania returned an indictment charging Xiaoxing Xi with devising and intending to devise a scheme to defraud a U.S. company in order to obtain its technology, provide it to entities in China, assist these entities in further exploitation and use of the technology, and to obtain for himself and for entities in China money and property by means of false and fraudulent pretenses, representations and promises. On June 9, 2015, the government filed a Notice of Intent to Use Foreign Intelligence Surveillance Act Information. On the same date, the government filed a Motion to Designate this a Complex Case, to Continue the Trial Date, and for a Pretrial Conference Pursuant to the Classified Information Procedures Act ("CIPA"), codified at 18 U.S.C. App. 3.

## CIPA SECURITY PROCEDURES

Due to the nature of the charges and the expected evidence in this case, the United States anticipates that issues relating to classified information will arise. To that end, this case will implicate CIPA. Pursuant to CIPA, 18 U.S.C. App. 3, and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA, the Court shall designate a CISO in any proceeding in a criminal case in which classified information is reasonably expected to be referenced or filed with the Court.

To assist the Court and court personnel in handling any motions, pleadings and implementing any orders relating to the CIPA proceedings, the government requests that the Court designate Daniel O. Hartenstein as the CISO for this case, to perform the duties and responsibilities prescribed for CISOs in the Security Procedures promulgated by the Chief Justice.

The government further requests that the Court designate the following persons as Alternate CISOs, to serve in the event Mr. Hartenstine is unavailable: Jennifer H. Campbell, Branden M. Forsgren, Joan B. Kennedy, Michael P. Macisso, Maura L. Peterson, Carli V. Rodriquez-Feo, Harry J. Rucker, and W. Scooter Slade.

Respectfully submitted,
ZANE DAVID MEMEGER
United States Attorney

By: _____
JENNIFER ARBITTIER WILLIAMS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that a copy of the Government's Unopposed Motion to Designate a Classified Information Security Officer was served by e-mail on the following defense counsel:

Peter Zeidenberg, Esquire
Arent Fox LLP
1717 K Street, NW
Washington, DC  20006-5344

Michael A. Schwartz, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

_____
JENNIFER ARBITTIER WILLIAMS
Assistant United States Attorney

Date:  6-9-2015