IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 15-204 |
| XIAOXING XI | : | |

## STIPULATION REGARDING PROTECTIVE ORDER

WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain sensitive but unclassified discovery materials to anyone not a party to the court proceedings in this matter;

WHEREAS, the parties agree that entry of a stipulated protective order is appropriate;

IT IS HEREBY AGREED AND STIPULATED that:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Stipulated Protective Order pertains to: all materials containing e-mail addresses, e-mail content, alleged co-conspirator identities or contact information, and/or any personal identifying information, which have been and/or may be provided by the government to defense counsel as part of discovery in this case. Said material shall hereinafter be referred to collectively as "sensitive information."

3. Defense counsel shall not disclose or disseminate[1] any of the sensitive

---

[1] "Disclose" or "disseminate" means to provide, show or describe to another person either a particular piece of discovery or quotations, excerpts, or summaries derived therefrom.

1

information to any person other than: (a) the defendant, (b) any other attorneys, law clerks, paralegals, or secretaries who are working under defense counsel's direction in the representation of the defendant, and (c) expert witnesses with whom defense counsel is consulting on behalf of the defendant. Defense counsel must contact the government and obtain its explicit written consent to disseminate this information to any individual(s) other than those noted.

4. All sensitive information is provided to the defense solely for the purpose of allowing the defendant to prepare his defense.

5. The sensitive information is now and will forever remain the property of the United States Government. Defense counsel will return the sensitive information to the government at the conclusion of this case.

6. Defense counsel, and anyone to whom defense counsel discloses or disseminates this information pursuant to this agreement, will store and maintain custody of the sensitive information in a secure place and will use reasonable care to insure that it is not disclosed to third persons in violation of this Stipulated Protective Order.

7. If defense counsel discloses any of the sensitive information to any person described in paragraph 3, including the defendant, defense counsel shall provide such recipients with a copy of this Stipulated Protective Order and advise them that: (a) all recipients of the sensitive information are bound by all the terms of this Stipulated Protective Order, including those terms which prohibit dissemination of the information to any other person; (b) the sensitive information is the property of the United States Government; and (c) an unauthorized use or dissemination of the information may constitute a violation of law and/or contempt of court.

8. Nothing herein constitutes a waiver of any right of the defendant, nor does anything herein restrict in any way the right of the defense, to use the sensitive information in connection with the preparation of the defense.

9. Any papers to be served upon the Court by either party which include sensitive information or refer to sensitive information shall be filed under seal.

10. Each party reserves the right to seek modification of these terms by application to the Court.

11. A copy of this Stipulated Protective Order shall be issued forthwith to defense counsel, who shall be responsible for advising the defendant and employees of the contents of this Stipulated Protective Order.

DATED: 7/29/15

PETER R. ZEIDENBERG
MICHAEL A. SCHWARTZ
Counsel to Defendant Xiaoxing Xi

DATED: 7/29/15

JENNIFER ARBITTIER WILLIAMS
Assistant United States Attorney

IT IS SO ORDERED.
DATED: August 3, 2015

BY THE COURT:

HONORABLE R. BARCLAY SURRICK
Judge, United States District Court

3

8/4/2015
Email to Alan Zeidenberg Schwartz